UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/21
```

ISMAEL RIVERA, SR.,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

21-CV-3039 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Commissioner filed the administrative record on September 27, 2021. (Dkt. No. 15.) Pursuant to the Court's Scheduling Order dated April 9, 2021 (Dkt. No. 9), the parties were directed to file a stipulation or joint letter no later than 60 days after the administrative record was filed. (*Id.* ¶¶ 2-4.) Although that deadline has now passed, no stipulation or joint letter has been filed. The parties shall do so no later than **December 17, 2021**.

Dated: New York, New York
       December 3, 2021

                                  **SO ORDERED**.

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**