UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ISMAEL RIVERA, SR..,

                Plaintiff,                21 **CIV** 3039 (PAE)(BCM)

-v-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 18, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including the opportunity for a new hearing and *de novo* decision, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:**  New York, New York
         April 19, 2022

                                          **RUBY J. KRAJICK**

                                               **Clerk of Court**

                 **BY:**

                                               **Deputy Clerk**